UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2022
```

**SOFIA HERNANDEZ JUAREZ,** *individually and on behalf of all others similarly situated*,

**Plaintiff,**

-against-

**JACOB TORRES ET AL.,**

**Defendants.**

22-cv-1027 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' settlement agreement. ECF No. 24. Having reviewed these records and settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

**SO ORDERED.**

Dated:   July 27, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1